OFFICE OF DISCIPLINARY COUNSEL *v.* OSTHEIMER.

[Cite as *Disciplinary Counsel v. Ostheimer* (1995), 72 Ohio St.3d 304.]

(No. 94–2662—Submitted March 7, 1995—Decided June 14, 1995.)

Geoffrey Stern, Disciplinary Counsel, and *Alvin E. Mathews*, Assistant Disciplinary Counsel, for relator.

*Mark H. Aultman,* for respondent.

*Per Curiam.* We concur in the board's findings of misconduct and its recommendation. Respondent is hereby permanently disbarred from the practice of law in Ohio. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.